IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**FILED**

**APR 2 3 2003**

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

DAVID Colin Heupel
)
)
*Enter the full name of the plaintiff in this action*

v.
)
)

Charleston County Detention Center
&
)
)

Swanson Service Center (Columbia)
)
For Charleston County Detention
)
Center
)
)
*Enter above the full name of defendant(s) in this action*

**COMPLAINT**

Civil Action No.: 6:03- 1358 - 22AK
*(to be assigned by Clerk)*

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment? Yes_____    No X

B.    If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.    Parties to this previous lawsuit:

Plaintiff:_____

Defendant(s):_____

2.    Court:_____
*(If federal court, name the district; if state, name the county)*

3.    Docket Number:_____

4.    Name of Judge to whom case was assigned:_____

5.    Disposition:_____
*(For example, was the case dismissed? Appealed? Pending?)*

6.    Approximate date of filing lawsuit:_____

7.    Approximate date of disposition:_____

1

II.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Charleston County Detention Center

A.   Is there a prisoner grievance procedure in this institution? Yes __X__     No____

B.   Did you present the facts relating to your complaint in the
     state prisoner grievance procedure?                    Yes __X__     No____

C.   If your answer is YES:

     1.   What steps did you take? I have written grievances and letters to Chief Novak & Mr Mishoe

     2.   What was the result? No result until I recieved documents from District court.

D.   If your answer is NO, explain why not: _____

E.   If there is no prison grievance procedure in this institution,
     did you complain to prison authorities?               Yes __X__     No____

F.   If your answer is YES:

     1.   What steps did you take? I also wrote County Council

     2.   What was the result? No response.

III.  PARTIES

*In Item A below, place your name, inmate number, and address in the space provided.  Do the same for additional plaintiffs, if any.*

A.   Name of Plaintiff: David Colin Heupel          Inmate No.: 1006556

     Address: 3841 Leeds Ave. Charleston, S.C. 29405

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.   Name of Defendant: Swanson Service Center for Charleston County Detention Center          Position: Canteen Supplier

     Place of Employment: Charleston County Dention Center 3841 Leed Ave Charleston S.C. 29405

C.   Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

     Charleston County Dentention Center
     3841 Leeds Ave. Charleston S.C. 29405

2

II.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Charleston County Detention Center

A.   Is there a prisoner grievance procedure in this institution? Yes X_    No____

B.   Did you present the facts relating to your complaint in the
     state prisoner grievance procedure?                    Yes X_    No____

C.   If your answer is YES:

     1.   What steps did you take? I have written grievances and letters to Chief Novak + McMaster

     2.   What was the result? No result until I recieved documents from District Court.

D.   If your answer is NO, explain why not: _____

E.   If there is no prison grievance procedure in this institution,
     did you complain to prison authorities?               Yes X_    No____

F.   If your answer is YES:

     1.   What steps did you take? I also wrote County Council

     2.   What was the result? No Response

III.   PARTIES

In Item A below, place your name, inmate number, and address in the space provided.  Do the same for additional plaintiffs, if any.

A.   Name of Plaintiff: David Colin Heupel     Inmate No.: 1006556
     Address: 3841 Leeds Ave Charleston, S.C. 29405

In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.

B.   Name of Defendant: Charleston County Detention Center   Position: _____
     Place of Employment: 3841 Leeds Ave Charleston S.C  29405

C.   Additional Defendants (provide the same information for each defendant as listed in Item B above):
     Swansons Service Center (Columbia)
     for Charleston County Detention Center
     3841 Leeds Ave. Charleston, S.C. 29405

2

IV. STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

We as inmates order canteen and personal hygene items from Swansons through Charleston County Detention Center. For the last 10 months I have pointed out that we are only being charged .006¢ on the dollar, while being overcharged for items to begin with. Items are also being sold that are stamped not for individual sale. We as inmates are supported by our families, for Charleston County to over charge or gouge on prices is unfair for people in dire straits situations. Also inmates canteen reciepts show an ending ballance, this amount changes by .05¢ when we recieve our order form. This is just plain stealling.

On the taxes alone if inmates spend $30⁰⁰ and are only being charged .18¢ instead of $1.80, for 1500 inmates this equals $2430⁰⁰ a week or $126,360⁰⁰ a year being stolen from the taxpayers of South Caroling. Now the question is how long has this been going on, and how much money is owed to South Carolina. We as inmates are starved so that if we do not order canteen we lose weight. How much money is being kicked back and where is it being used?

We as inmates in the South "F" part of this facility are living under inhumane conditions. Toilets leak and have been for months to no avail. We also do not recieve outside recreation as the other units, nor do

3

IV. STATEMENT OF CLAIM - Continued.

we recieve visitations as the other units. This shows unfair and impartial treatment of inmates who are not under disciplinary actions yet we live worse than the inmates in I-A.

Also on the day of canteen we are fed worse than any other day during the work week. Then on the weekend the 3000 calories are abandoned and again we are fed as little as possible. This to me shows a "hidden-agenda" so that we will order more canteen on sunday. Please find a copy of the letter I wrote to Chief Novak and Mr. Mishoe. I never recieved any answer and I will not let this matter rest. For the people who are supposed to uphold the law to be stealing from the very people who pay them is nothing short of emberzlement. I have reciepts to prove this claim.

When I brought up the fact about overcharging they tried to deny it. However in the vending machines at the work camp Honey Buns are .70¢ on our list they are .99¢. The Buffalo Chips are 50.¢ but on our list they are .70¢. This is blatant overcharging. Now since I brought up the fact about improper taxation, Swansons is now threatening to raise our prices once more. This has to stop.

4

V. RELIEF

*State briefly and exactly what you want the court to do for you.*

I want to know if this can be or is worthy of a lawsuit? Do we not fall under the act which FEMA signed after Hurricane Hugo in which retail can not take advantage of people in desperate need by gouging on prices. For the county jail who is supposed to uphold the law to be stealing is a great crime, Someone needs to answer to the taxpayers of South Carolina and to the people of Charleston County as to where this money has gone.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __3__ day of __April__ , 20 __03__ .

_____
*Signature of Plaintiff*

5