**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

APR 2 3 2003

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

DAVID COLIN,
HEUPEL

Plaintiff,

vs.

Swanson Service Corporation
Columbia Service Center
for Charleston County
Detention Center.

Defendant(s).

) Case Number:
)    (to be supplied by the Clerk)
)
)    6:03-1358-22AK
)
)
)    Statement of Assets
)    (Consent to Collection)
)
)
)
)
)
)

I hereby apply for leave to commence an action for civil rights relief pursuant to 42 U.S.C. Section 1983, the <u>Bivens</u> doctrine, or other causes of action without the prepayment of fees and costs or giving security therefor, and, if applicable, I request to be allowed to pay the filing fee in installments, as provided in the Prison Litigation Reform Act, Public Law. 104-134, 100 U.S.Stat 1321.  In support of my application, I state that the following facts are true:

1)    I am the party initiating said action and I believe that I am entitled to the relief.

2)    The nature of this action is improper taxation on canteen items, overcharging on prices; and Stealing from inmates accounts.

3)    I am unable to prepay the costs of this action or give any security therefor because of my poverty.

4)    I have no assets or funds which could be used to prepay the fees or costs, except: _____ Canteen money, However I am an county inmate

*NOTE TO INMATE:  WRITE NONE, IF YOU HAVE NOTHING*

5)    During the preceding twelve months, I have received income (wages, gifts or other payments) from the following sources: Friends and family for purchase of canteen, hygenes and writing material.

*NOTE TO INMATE:  LIST BOTH AMOUNT AND SOURCE*

3

2

6)   You may state briefly any additional financial or other information regarding your ability to pay the costs of this action (for example, persons who are dependant on you for support):

_____

_____

_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. Section 1746; and 18 U.S.C. Section 1621. *I also am aware and acknowledge that if I elect to proceed with this case and pay the initial installment payment, the full filing fee will be a debt owed to the United States, which may be collected from my inmate funds, trust funds, and other funds, and the debt is not dischargeable in bankruptcy. I recognize that if I proceed with this case, I shall, thereby, be required to pay the first installment payment and/or the full filing fee (or the remaining unpaid portion of the filing fee), that I am responsible for requesting that funds be withdrawn from my inmate accounts (or trust funds or other funds), and sent to the court until the filing fee is paid in full. Further, I authorize collection of the filing fee and consent to collection or collections of the filing fee until the filing fee is paid in full and any amount of costs, sanctions, and/or fees that might be imposed by the court during this litigation. Such collections may include, but are not limited to, withholding from my inmate accounts, trust funds, or other funds, and deductions from any of my other inmate accounts, AT ANY TIME, including (but not limited to) any occasion(s) that any of my inmate accounts, trust funds, or other funds exceeds ten dollars, and UNTIL THE FEES ARE PAID IN FULL. If I receive funds whereby I may pay the full filing fee or any remaining balance due, I consent to deduction of the funds, AT ANY TIME, to pay any remaining balance due. I also am aware that any compensatory damages awarded me in the above-captioned case, under the Prison Litigation Reform Act, shall be paid directly to satisfy any outstanding restitution order pending against me, whether such restitution order has been entered by a state or federal court. I am also aware that before any compensatory damages are paid to me notification will be made to the victim(s) of any crimes(s) for which I have been convicted, regardless of whether I am currently serving the sentence for that particular crime.*

Executed at __2:30 Pm__ on __3 APRIL 2003__

_____  __100 6556__
            Signature                              Inmate (Prison) Number

4