FILED

MAR 2 3 2004

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

---

David Colin Heupel,

          Plaintiff,

vs.

Charleston County Detention Center,

          Defendants.

**SUMMARY JUDGMENT
IN A CIVIL CASE**

Civil Action No. 6:03-1358-26AK

ENTERED,

MAR 2 3 2004

**Decision by the Court.** This action came to hearing before the court. The court having adopted the report and recommendation of the magistrate judge granting the defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that summary judgment is hereby entered as to the defendant Charleston County Detention Center.

March 23, 2004

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

_____
Deputy Clerk

34